# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

REALAGE, INC.
a Delaware corporation,

      Plaintiff,

v.                                                                                          Case No. 3:06cv53/LAC

WATSON ALTERNATIVE HEALTH
AND WEIGHT LOSS CENTER, INC., a
Florida Corporation; IAS GROUP, a British
Corporation; and INNER-AGE INC.,

      Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is a joint stipulation for voluntary dismissal without prejudice (Doc. 60) against Defendant Watson Alternative Health and Weight Loss Center, Inc. Upon consideration of the foregoing, it is hereby **ORDERED**:

1. This action is **DISMISSED** without prejudice as against Defendant Watson Alternative Health and Weight Loss Center, Inc.

**ORDERED** on this 9th day of March, 2007.

                                                  s/ *L.A. Collier*
                                                  Lacey A. Collier
                                                  Senior United States District Judge