# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

REALAGE, INC.
a Delaware corporation,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No. 3:06cv53/LAC

WATSON ALTERNATIVE HEALTH
AND WEIGHT LOSS CENTER, INC., a
Florida Corporation; IAS GROUP, a British
Corporation; and INNER-AGE INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL

The Plaintiff has informed the Court that this case has been settled as against Defendant INNER-AGE, INC.. Therefore, this case is DISMISSED as against this Defendant. In the event that the settlement is not consummated, the Court reserves the power, upon motion filed by either party within **sixty (60) days** of the date of this order, to amend or vacate and set aside this order of dismissal and reinstate this case as against this Defendant.

The motion for judgment on the pleadings (doc. 65) filed by Defendant INNER-AGE, INC., is DENIED as moot in light of the instant order.

**ORDERED** on this 9th day of April, 2007.

                                          s/ *L.A. Collier*
                                          Lacey A. Collier
                                     Senior United States District Judge